**Electronically Filed**
**Supreme Court**
**SCWC-16-0000858**
**18-APR-2019**
**12:22 PM**

SCWC-16-0000858

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

THOMAS FRANK SCHMIDT AND LORINNA JHINCIL SCHMIDT,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

HSC, INC., A HAWAII CORPORATION; RICHARD HENDERSON, SR.; ELEANOR
R.J. HENDERSON, Respondents/Defendants-Appellees/Cross-
Appellants,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and DOE
UNINCORPORATED ASSOCIATIONS, INCLUDING PARTNERSHIPS 1-10,
Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000858; CIVIL NO. 06-1-228)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Crabtree, in place of Recktenwald, C.J., recused)

Petitioners/Plaintiffs-Appellants/Cross-Appellees
Thomas Frank Schmidt and Lorinna Jhincil Schmidt's application

for writ of certiorari filed on February 19, 2019, is hereby
accepted and will be scheduled for oral argument.  The parties
will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, April 18, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Jeffrey P. Crabtree

